■ CATHERINE D'AMBROSIO et al., Appellants, v ROCCO A. SAVINO et al., Respondents.—In a negligence action to recover damages for personal injuries, etc., arising out of a two-car collision at an intersection, plaintiffs appeal from an order of the Supreme Court, Westchester County, entered March 10, 1978, which denied their motion for partial summary judgment. Order affirmed, with $50 costs and disbursements. It is true that defendants' version of the events is far from convincing. However, since triable issues of fact are raised by the affidavits submitted by defendants, we are precluded from finding them liable as a matter of law. Martuscello, J. P., Damiani, Margett and O'Connor, JJ., concur.

■ LESTER JACKSON, Appellant, v WASHINGTON MONTHLY COMPANY et al., Respondents.—In an action to recover damages for fraud, plaintiff appeals from an order of the Supreme Court, Kings County, dated May 13, 1977, which granted the defendants' motion to dismiss the complaint for lack of personal jurisdiction. Order affirmed, without costs or disbursements. Our affirmance is predicated upon the consent of defendants' counsel, made in open court, that, should plaintiff apply in the United States District Court for the District of Columbia to amend his complaint in the action now pending therein, defendants would not oppose the application of plaintiff to include therein the allegations contained in the complaint in this action. Titone, J. P., Suozzi, Shapiro and Cohalan, JJ., concur.